73 So.2d 773

## CITY OF GADSDEN
### v.
### DIXIE-OHIO EXPRESS CO.
7 Div. 253.

Court of Appeals of Alabama.
June 1, 1954.

Copeland & Copeland and Geo. C. Hawkins, Gadsden, for appellant.

Lusk, Swann & Burns, Gadsden, for appellee.

PRICE, Judge.

Affirmed on authority of City of Gadsden v. Roadway Express, Inc., ante, p. 613, 73 So.2d 765.